PHILLIP A. TALBERT
United States Attorney
WHITNEE GOINS THOMPSON
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | CASE NO. 2:23-cr-0242 DJC |
|---|---|
| Plaintiff, | |
| v. | STIPULATION AND ORDER VACATING PRELIMINARY HEARING AND SETTING ADMIT/DENY HEARING |
| MANUEL SANTOYO, | |
| Defendant. | |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby stipulate as follows:

1. By previous order, this matter was set for Preliminary hearing on September 29, 2023.
2. By this stipulation, defendant now moves to waive and vacate the Preliminary hearing.

///
///
///
///
///
///

STIPULATION REGARDING EXCLUDABLE TIME
PERIODS UNDER SPEEDY TRIAL ACT

1

3. The parties agree and stipulate to setting an Admit/Deny hearing on 10/5/2023 at 9:00 AM before District Judge Daniel J. Calabretta.

IT IS SO STIPULATED.

| | |
|---|---|
| Dated:  September 28, 2023 | PHILLIP A. TALBERT<br>United States Attorney |
| | /s/ WHITNEE GOINS THOMPSON<br>WHITNEE GOINS THOMPSON<br>Assistant United States Attorney |
| Dated:  September 28, 2023 | /s/ DOUGLAS J. BEEVERS<br>DOUGLAS J. BEEVERS<br>Counsel for Defendant<br>MANUEL SANTOYO |

**ORDER**

IT IS SO FOUND AND ORDERED

Dated:  September 28, 2023

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE