PHILLIP A. TALBERT
United States Attorney
CHARLES CAMPBELL
Assistant United States Attorney
501 I Street, Suite 10-100
Sacramento, CA 95814
Telephone: (916) 554-2700
Facsimile: (916) 554-2900

Attorneys for Plaintiff
United States of America

IN THE UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>MANUEL SANTOYO,<br><br>Defendant. | CASE NO. 2:23-CR-242-DJC<br><br>STIPULATED MOTION TO CONTINUE DISPOSITION HEARING<br><br>DATE: January 16, 2025<br>TIME: 9:00 a.m.<br>COURT: Hon. Daniel J. Calabretta |

**STIPULATION**

Plaintiff United States of America, by and through its counsel of record, and defendant, by and through defendant's counsel of record, hereby file a stipulated motion to continue the Disposition Hearing scheduled in this case to February 13, 2025. Recently-arisen conflicts prevent the parties from appearing as scheduled, and the new date is the first on which both parties are available.

IT IS SO STIPULATED.

Dated: January 10, 2025

PHILLIP A. TALBERT
United States Attorney

/s/ CHARLES CAMPBELL
CHARLES CAMPBELL
Assistant United States Attorney

Dated:  January 10, 2025                    /s/ DOUGLAS BEEVERS
                                            DOUGLAS BEEVERS
                                            Counsel for Defendant
                                            MANUEL SANTOYO

**ORDER**

IT IS SO FOUND AND ORDERED this 13th day of January, 2025.

                                            /s/ Daniel J. Calabretta
                                            THE HONORABLE DANIEL J. CALABRETTA
                                            UNITED STATES DISTRICT JUDGE